ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - | ) |
| | ) |
| Fortis Networks, Inc. | ) ASBCA No. 61941 |
| | ) |
| Under Contract No. W912BV-14-D-0005 | ) |

APPEARANCE FOR THE APPELLANT:      David A. Rose, Esq.
                                                            Rose Consulting Law Firm
                                                            Valdosta, GA

APPEARANCES FOR THE GOVERNMENT:   Michael P. Goodman, Esq.
                                                            Engineer Chief Trial Attorney
                                                            Lauren M. Williams, Esq.
                                                            Engineer Trial Attorney
                                                            U.S. Army Engineer District, Tulsa

ORDER OF DISMISSAL

The parties presented a stipulated dismissal of the appeal. The appeal is dismissed with prejudice.

Dated: January 3, 2022

HEIDI L. OSTERHOUT
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 61941, Appeal of Fortis Networks, Inc., rendered in conformance with the Board's Charter.

Dated: January 5, 2022

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals